**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.** | **CASE NO. 1:08-cv-00486-OWW-DLB** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **vs.** | |
| **Frankie Jo Phelan, et al.** | |
| **Defendant.** | |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Wednesday, July 16, 2008 at 8:15 a.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff only recently perfected service of process as to the Defendant named to this action.

In addition, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the Defendant and the Defendant has not contacted Plaintiff's counsel following service of the suit papers. As a result, Plaintiff's counsel has not conferred with the Defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 1:08-cv-00486-OWW-DLB**
**PAGE 1**

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Wednesday, July 16, 2008 to a new date approximately thirty (30) to forty-five (45) days forward in order that responsive pleadings may be filed by the Defendant and Plaintiff's counsel may thereafter confer with the Defendant and/or his counsel and thereafter prepare and file a Joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: July 15, 2008

_/s/ Thomas P. Riley_
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S _EX PARTE_ APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 1:08-cv-00486-OWW-DLB**
**PAGE 2**

1

2

## ORDER

3

4      It is hereby ordered that the Case Management Conference in civil action number 3:07-cv-5925-

MMC styled *J & J Sports Productions, Inc. v. Frankie Jo Phelan, et al*., is hereby continued from 8:15

5

a.m., Wednesday, July 16, 2008, to September 12, 2008 @ 8:15 AM.

6          The Parties shall file a Joint Case Management Statement in advance of the Case Management

7

Conference pursuant to the Local Rules and the Standing Order of this Court.

8          Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

of Service of this Order with the Clerk of the Court.

9

10

11

12

13

**IT IS SO ORDERED**:

14

**DATED**: <u>July 15, 2008</u>               <u>/s/ OLIVER W. WANGER</u>

15                                          **The Honorable Oliver W. Wagner**

16                                          **United States District Court**
                                           **Eastern District of California**

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28                          ## PROOF OF SERVICE (SERVICE BY MAIL)

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 1:08-cv-00486-OWW-DLB**
**PAGE 3**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, July 15, 2008, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Frankie Jo Phelan (Defendant)
217 Mainberry Drive
Madera, CA 93637

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 15, 2008, at South Pasadena, California.

Dated: July 15, 2008                    */s/ Emily Stewart*
                                        **EMILY STEWART**