Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. <br> **Plaintiff,** <br><br> **VS.** <br><br> FRANKIE JO PHELAN, ET AL. <br><br> **Defendants.** | CASE NO. 1:08-cv-00486-OWW-DLB <br><br> **AMENDED STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

### TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendant FRANKIE JO PHELAN, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Settlement Conference in this action, presently set for Wednesday, October 7, 2009 at 10:00 a.m. to a new date of Wednesday, November 10, 2009 at 10:00 a.m.

This brief extension of time is mutually requested by the Parties for the following reasons:

///

AMENDED STIPULATION TO CONTINUE SETTLEMENT CONFERENCE,
CASE NO. 1:08-cv-00486-OWW-DLB
PAGE 1

1        1.      The Parties, and each of them, believe deferring the Settlement

2    Conference at this time is in each of the Parties' best interests and appropriate, given

3    the fact that both the Plaintiff's and the Defendant's Motion for Summary Judgment

4    are presently scheduled to be heard on October 26, 2009.

5        2.      In addition, Plaintiff's counsel and defense counsel have been working

6    together, and actively discussing resolving this lawsuit short of trial.  Plaintiff's

7    counsel is awaiting certain documents from defense counsel that may have an

8    immediate bearing on the Plaintiff's position in this action.

9     ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

**AMENDED STIPULATION TO CONTINUE SETTLEMENT CONFERENCE,**
**CASE NO. 1:08-cv-00486-OWW-DLB**
**PAGE 2**

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court permit the brief extension of time reschedule the Settlement Conference in this action to a new date of Wednesday, November 10, 2009 at 10:00 a.m.

Respectfully submitted,

Dated: October 1, 2009          */s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J&J Sports Productions, Inc.

Dated: October 2, 2009          */s/ Glen E. Gates*
                                 **GATES LAW OFFICE**
                                 By: Glen E. Gates
                                 Attorneys for Defendant
                                 Frankie Jo Phelan

IT IS SO ORDERED.

Dated:   **October 6, 2009**          */s/ Dennis L. Beck*
                                 UNITED STATES MAGISTRATE JUDGE

**AMENDED STIPULATION TO CONTINUE SETTLEMENT CONFERENCE,**
**CASE NO. 1:08-cv-00486-OWW-DLB**
**PAGE 3**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AMENDED STIPULATION TO CONTINUE SETTLEMENT CONFERENCE,**
**CASE NO. 1:08-cv-00486-OWW-DLB**
**PAGE 4**