Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FRANKIE JO PHELAN, ET AL.,<br><br>Defendants. | CASE NO. 1:08-cv-00486-OWW-DLB<br><br>STIPULATION TO CONTINUE SETTLEMENT AND PRE-TRIAL CONFERENCES |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendant FRANKIE JO PHELAN, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Pre-Trial Conference in this action, presently set for Monday, November 9, 2009 at 11:00 A.M. to a new date of Wednesday, November 25, 2009 at 12 P.M.

The Parties additionally request that this Honorable Court continue Settlement Conference in this action, presently set for Tuesday, November 10, 2009 at 10:00 A.M. to the new date of Monday, November 23, 2009 at 10:30 A.M.

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE,
CASE NO. 1:08-cv-00486-OWW-DLB
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

This brief extension of time on each Conference is mutually requested by the Parties' for the following reasons:

1. Plaintiff's counsel of record has scheduling conflicts on both Monday, November 9, 2009 and Tuesday, November 10, 2009.

2. Specifically, on Monday, November 9, 2009, Plaintiff's counsel is ordered to appear before the Honorable Ruben B. Brooks, Magistrate Judge of the United States District Court of the Southern District of California, San Diego Division, for an Early Neutral Evaluation Conference at 8:30 am in the action styled *J & J Sports Productions, Inc. v. Fresvinda Evangelista*, CV 09-1615 BTM RBB.

3. In addition, the Parties, and each of them, also believe that a brief continuance of the November 9, 2009, Pre-Trial Conference is in each of the Parties' best interests and appropriate given the fact that Plaintiff's counsel and defense counsel have been working together, and actively discussing resolving this lawsuit short of trial. Plaintiff's counsel is awaiting certain documents from defense counsel that may have an immediate bearing on the Plaintiff's position in this action.

4. Lastly, the Parties' and each of them, believe that if a pre-trial conference is indeed necessary, it would be best to schedule such a conference after a settlement conference is conducted in this particular action.

5. With regard to the Settlement Conference, presently set for November 10, 2009, Plaintiff's counsel also has a scheduling conflict that particular day. Specifically, Plaintiff's counsel has been ordered to appear before the Honorable William D. Keller, trial judge of the United States District Court, of the Central

PDF created with pdfFactory trial version www.pdffactory.com

District of California, Western Division, in Los Angeles at 8:00 A.M. that very same day for status conferences involving six (6) different matters, as follows:

    a. *J & J Sports Productions, Inc., et al, v. Cesar McGuire, CV 00500-WDK-FMO*

    b. *J & J Sports Productions, Inc, et al, v. Alfredo Villalba, et al, CV 03139-WDK-FMO*

    c. *J & J Sports Productions, Inc., et al, v. Baires USA Inc, CV 00705-WDK-FMO*

    d. *J & J Sports Productions, Inc., et al, v. Robert Palmer Bratton, et al, CV 00935-WDK-FMO*

    e. *J & J Sports Productions, Inc., et al, v. Raul Perez Balbas, et al, CV 01655-WDK-FMO*

    f. *J & J Sports Productions, Inc, et al, v. Sokhavy Nuon, CV 01658-WDK-FMO*

**WHEREFORE**, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court permit the brief continuances of the Pre-Trial and the Settlement Conferences in this action and reset each conference to the dates purposed by the Parties' or other dates preferable to this Honorable Court.

    Respectfully submitted,

Dated: November 4, 2009    */s/ Thomas P. Riley*
    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
    By: Thomas P. Riley
    Attorneys for Plaintiff
    J&J Sports Productions, Inc.

Dated: November 5, 2009    /s/ *Glen E. Gates*
    **GATES LAW OFFICE**
    By: Glen E. Gates
    Attorneys for Defendant
    Frankie Jo Phelan

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE,**
**CASE NO. 1:08-cv-00486-OWW-DLB**
**PAGE 1**

PDF created with pdfFactory trial version www.pdffactory.com

It Is So Ordered:

**Date: November 6, 2009**              **/s/ OLIVER W. WANGER_____**

**Oliver W. Wanger**

**United States Senior District Judge**

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE,
CASE NO. 1:08-cv-00486-OWW-DLB
PAGE 1**

PDF created with pdfFactory trial version www.pdffactory.com