Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Frankie Jo Phelan, et al. <br><br> Defendant. | CASE NO. CV 08-0486 OWW DLB <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT FRANKIE JO PHELAN, individually and d/b/a FRANKIE'S; Order |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant FRANKIE JO PHELAN, individually and d/b/a FRANKIE'S, that the above-entitled action is hereby dismissed **with prejudice** against FRANKIE JO PHELAN, individually and d/b/a FRANKIE'S.

///

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL
CV 08-0486 OWW DLB
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 17, 2009     s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: November 20, 2009     s/ Glena E. Gates
**GATES LAW OFFICE**
By: Glen E. Gates, Esquire
Attorneys for Defendant
FRANKIE JO PHELAN, individually and d/b/a FRANKIE'S

**IT IS SO ORDERED**:

/s/ OLIVER W. WANGER                              Dated: November 20, 2009
**The Honorable Oliver W. Wanger**
**United States District Court**
**Eastern District of California**

**STIPULATION AND ORDER OF DISMISSAL**
**CV 08-0486 OWW DLB**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com